NORBERT KURTZ, an Infant, by MILDRED KURTZ, His Guardian ad Litem, and MILDRED KURTZ, Respondents, v. SAMUEL GELLER and DORA GELLER, Defendants, Impleaded with SINGER SEWING MACHINE COMPANY, Appellant.— Order denying motion of defendant-appellant for judgment dismissing the complaint for lack of prosecution unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SAMUEL ROSENBLUM, INC., Respondent, v. THE NATIONAL COLD STORAGE Co., INC., Appellant.— Order denying defendant's motion for examination before trial of the plaintiff by its president or other officer, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ARISTOMENES KARAGKOUNIS, an Incompetent. THE GREENWICH SAVINGS BANK, Appellant.— Order granting motion of John Wottowich, as committee of the person and property of Aristomenes Karagkounis, an incompetent, directing The Greenwich Savings Bank to deliver over to said committee the sum of $1,181.92 on deposit with it without requiring the committee to post an additional bond for double indemnity, unanimously reversed, with twenty dollars costs and disbursements and the motion denied. (See *Matter of Rinn*, 242 App. Div. 523.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CHARLES SLATTERY, an Infant under Fourteen Years of Age, by MICHAEL SLATTERY, His Guardian ad Litem, and MICHAEL SLATTERY, Individually, Respondents, v. DANIELS & KENNEDY, INC., Appellant.— Order, so far as appealed from, denying defendant's motion for a bill of particulars as to certain items, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HERBERT J. NEUMAN, an Infant, by SAUL NEUMAN, His Guardian ad Litem, Respondent, v. BERNARD K. MARCUS and Others, Defendants, HARRY HALBREN and SEYMOUR FINN, as Executors, etc., of JULIUS FINN, Deceased, Defendants-Appellants, and BENJAMIN J. FRIEDMAN, Respondent.— Order denying motion of defendants-appellants to implead Benjamin J. Friedman as a party defendant pursuant to section 193 of the Civil Practice Act, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.